371 A.2d 1306

Gentilcore v. G. C. Murphy Company, Inc. et al., Appellants.

Argued November 12, 1976.   James S. Ehrman, for appellant at No. 895;  John W. Jordan, IV, with him Thomson, Rhodes & Grigsby, for appellant at No. 898;  Herman C. Kimpel, with him Dickie, McCamey & Chilcote, for appellants at No. 902;  Edwin H. Beachler, with him Kim Darragh, for appellee.

Judgments affirmed.

VAN der VOORT and SPAETH, JJ., dissent as to appellant Dean Sheffler, at No. 898.

WATKINS, P. J., absent.

371 A.2d 1306

Halladay et ux. v. Mustard et ux., Appellants.

Argued November 12, 1976.   James P. O'Connell, for appellants;  Henry J. Albaugh, submitted a brief for appellees.

Order affirmed.

WATKINS, P. J., absent.